IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATRICK PLUMLEY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 18-1521 (MN) |
| ESSENDANT INC., et al., | ) ) ) | |
| Defendants. | ) | |
| LONG NGUYEN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 18-1546 (MN) |
| ESSENDANT INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, C.A. Nos. 18-1521 (MN) and 18-1546 (MN) are related putative class actions filed on October 2, 2018 and October 5, 2018, respectively ("the Related Actions");

WHEREAS, on December 10, 2018, the parties in C.A. No. 18-1546 (MN) filed a Stipulation and [Proposed] Scheduling Order (D.I. 4) ("the Stipulation");

WHEREAS, the Stipulation requests a stay of C.A. No. 18-1546 (MN) "pending consolidation of the Related Actions, the appointment of a lead plaintiff, and the filing or designating of an operative complaint" (D.I. 4 at 2); and

WHEREAS, the Stipulation does not set forth any schedule for when the parties intend to stipulate or move for consolidation of the Related Actions.

THEREFORE, IT IS HEREBY ORDERED this 11th day of December 2018 that on or before December 14, 2018:

1. If the parties in the Related Actions agree to consolidation, they shall file a stipulation of consolidation; or

2. If the parties in the Related Actions do not agree to consolidation, they shall provide the Court with a briefing schedule for a motion to consolidate.

IT IS HEREBY FURTHER ORDERED that:

1. On or before December 21, 2018, Plaintiff in each Related Action shall file a Notice of Publication advising the Court of the date(s) of the publication(s) required by the Private Securities Litigation Reform Act of 1995 and where/in what publications or wire services the publication was made. The Notice of Publication shall attach a copy of the publication(s).

_____
The Honorable Maryellen Noreika
United States District Judge